IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**THOMAS BYRD,**
**#S09454,**

        **Plaintiff,**

v.

**WARDEN THOMPSON,** *et al.*,

        **Defendants.**

**Case No. 20-cv-00809-SPM**

## ORDER OF DISMISSAL

**MCGLYNN, District Judge:**

On September 4, 2020, Byrd's motion for leave to proceed *in form pauperis* ("IFP") was denied as he has "struck out" under 28 U.S.C. § 1915(g) and did not meet the requirements of the imminent danger exception. (Doc. 7). The Court also denied the request for a preliminary injunction because Byrd has not properly commenced this civil action by filing a complaint with the Court pursuant to Federal Rule of Civil Procedure 3. Byrd was ordered to pay the filing fee of $400.00 and submit a properly signed complaint on or before October 2, 2020, and was warned that failure to comply would result in dismissal of the action. (*Id.*).

To date, Byrd has failed to pay the filing fee and file a signed complaint. Therefore, this action is **DISMISSED** without prejudice for failure to comply with an order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). The Clerk of Court is **DIRECTED** to enter judgment and close this case.

    **IT IS SO ORDERED.**

    **DATED:** October 9, 2020

                                  *s/Stephen P. McGlynn*
                                  **STEPHEN P. MCGLYNN**
                                  **United States District Judge**